

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Knox Waste Service, LLC and
Adolpho Martinez, Jr.,

\* From the 266th District Court
  of Erath County,
  Trial Court No. CV35857.

Vs. No. 11-19-00407-CV

\* September 30, 2021

Jason Sherman and
Melissa Miles Sherman,

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed as it pertains to Knox Waste Service, LLC, and we remand the cause to the trial court with instructions to compel arbitration between Knox Waste Service, LLC and Jason Sherman and Melissa Miles Sherman. We affirm the judgment of the trial court as it pertains to Adolpho Martinez, Jr. The costs incurred by reason of this appeal are taxed two-thirds against Jason Sherman and Melissa Miles Sherman and one-third against Adolpho Martinez, Jr.